JUDGE ABRAMS

26 CRIM 346

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

YULAINY NAZAR ALMANZAR BURGOS,

Defendant.

---

24 MJ 3375 (RA)

ORDER

RONNIE ABRAMS, District Judge:

IT IS HEREBY ORDERED that the defendant's bail is revoked and he is remanded to the custody of the United States Marshal's Service.

Dated: August 7, 2026
New York, New York

Ronnie Abrams
United States District Judge